UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:
_____

|  |  |  |
|---|---|---|
| KOHLER CO., | : | |
| | : | |
| Plaintiff, | : | Court Nos.   22-00261 |
| | : | 22-00262 |
| v. | : | 22-00263 |
| | : | |
| UNITED STATES, | : | |
| | : | |
| Defendant. | : | |

_____

**NOTICE OF SUBSTITUTION OF ATTORNEY**

    PLEASE TAKE NOTICE that Guy Eddon, hereby enters his appearance as principal attorney of record for the United States, defendant, in the above-captioned action, and requests that all papers in connection therewith be referred to his attention.  Mr. Luke Mathers may be removed as an attorney of record in this matter.

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General
    Civil Division

    PATRICIA M. McCARTHY
    Director

By:    /s/ Justin R. Miller
    JUSTIN R. MILLER
    Attorney-In-Charge

    /s/ Guy Eddon
    GUY EDDON
    Senior Trial Attorney
    Department of Justice, Civil Division
    Commercial Litigation Branch
    26 Federal Plaza, Room 346
    New York, New York 10278

Dated: November 10, 2025    (212) 264-9232 or 9230
    *Attorneys for Defendant*